Raymond E. Kong (Bar No. 221133)
BELL, ROSENBERG & HUGHES LLP
1300 Clay Street, Suite 1000
P.O. Box 70220
Oakland, California 94612-0220
Telephone: (510) 832-8585
Facsimile: (510) 839-6925

Attorneys for Plaintiffs
NIBBI BROTHERS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIBBI BROTHERS, INC. a California corporation,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA., a Pennsylvania Corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 09-cv-02231-WDB<br><br>**STIPULATED REQUEST TO RESCHEDULE CASE MANAGEMENT CONFERENCE** ; ORDER |

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective counsel, to jointly submit this request to the Court for a continuance of the Case Management Conference set September 1, 2009, at 4:00 p.m. The parties request the Court to set the Case Management Conference for at or around October 21, 2009 or a date thereafter at a time at a time designated by the Court.

Dated: 8/20/09

Raymond E. Kong, Counsel for Nibbi Brothers, Inc.

Dated: 8-20-09

Thomas Holden, Counsel for National Union Fire Insurance Company of Pittsburgh, PA

[6925.067/stipulation]    -1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## ORDER AND CLERK'S NOTICE

IT IS HEREBY ORDERED that the Case Management Conference scheduled for September 1, 2009, at 4:00 p.m. is hereby rescheduled and set for ~~October 21, 2009 at 1:30 p.m. before Magistrate Judge Edward M. Chen in Courtroom C in San Francisco.~~ Counsel for the plaintiff is directed to serve a copy of this Order and Clerk's Notice upon any other party in this action. Following service, Counsel shall file a certificate of service with the Clerk of the Court. A joint CMC Statement shall be filed by October 14, 2009.

FOR THE COURT

Dated: August 28, 2009

_____
Edward M. Chen, U.S. Magistrate Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

LAW OFFICES
BELL, ROSENBERG
& HUGHES LLP
1300 CLAY STREET
SUITE 1000
OAKLAND, CA 94612
(510) 832-8585

[6925.067/stipulation] -2-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE