WILLIAM C. MORISON (No. 99981)
THOMAS HOLDEN (No. 130277)
MORISON HOLDEN DEREWETZKY &
PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIBBI BROTHERS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Defendant. | No. 09-CV-02231-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE PARTIES TO COMPLETE MEDIATION |

WHEREAS, the parties agree that it would be beneficial for both sides to complete the depositions that have been noticed before conducting a mediation; and

WHEREAS, the parties have had difficulty in scheduling the noticed depositions due to the holidays; and

WHEREAS, the appointed mediator, Robert F. Epstein, has advised the parties that scheduling a mediation in February rather than January is convenient for his schedule;

| | |
|---|---|
| 1 | IT IS THEREFORE STIPULATED by and between the parties that the deadline for completion of ADR in this matter should be continued from the current date of January 22, 2009, to March 5, ~~2009.~~ 2010. |

Dated: January 7, 2010

Respectfully submitted,

BELL, ROSENBERG & HUGHES, LLP

By: _/s/ Raymond E. Kong_
Raymond E. Kong

Attorneys for Plaintiff
NIBBI BROTHERS, INC.

Dated: January 7, 2010

Respectfully submitted,

MORISON HOLDEN DEREWETZKY & PROUGH, LLP

By: _/s/ Thomas Holden_
Thomas Holden

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/19/10

IT IS SO ORDERED
Judge Edward M. Chen

United States District Court, Northern District of California

143659