WILLIAM C. MORISON (No. 99981)
THOMAS HOLDEN (No. 130277)
MORISON HOLDEN DEREWETZKY &
    PROUGH, LLP
1550 Parkside Drive, Third Floor
Walnut Creek, CA 94596-8068
Telephone: (925) 937-9990
Facsimile: (925) 937-3272

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIBBI BROTHERS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA, a Pennsylvania corporation,<br><br>    Defendant. | No. 09-CV-02231-EMC<br><br>STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE PARTIES TO COMPLETE MEDIATION |

WHEREAS, the parties agree that it would be beneficial for both sides to complete the depositions that have been noticed before conducting a mediation; and

WHEREAS, the parties have had difficulty in scheduling the noticed depositions due to the holidays; and

WHEREAS, the appointed mediator, Robert F. Epstein, has advised the parties that scheduling a mediation in February rather than January is convenient for his schedule;

DEREWETZKY &
PROUGH, LLP

- 1 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO COMPLETE MEDIATION

1  IT IS THEREFORE STIPULATED by and between the parties that the deadline for
2  completion of ADR in this matter should be continued from the current date of January 22, 2009,
3  to March 5, ~~2009.~~ 2010.

4  Dated: January 7, 2010

   Respectfully submitted,

   BELL, ROSENBERG & HUGHES, LLP

   By: /s/ Raymond E. Kong
       Raymond E. Kong

   Attorneys for Plaintiff
   NIBBI BROTHERS, INC.

Dated: January 7, 2010

   Respectfully submitted,

   MORISON HOLDEN DEREWETZKY & PROUGH, LLP

   By: /s/ Thomas Holden
       Thomas Holden

   Attorneys for Defendant
   NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 1/19/10

_____
IT IS SO ORDERED
Judge Edward M. Chen
United States District Court, Northern District of California

143659