1  WILLIAM C. MORISON (No. 99981)
   THOMAS HOLDEN (No. 130277)
2  MORISON HOLDEN DEREWETZKY &
       PROUGH, LLP
3  1550 Parkside Drive, Third Floor
   Walnut Creek, CA  94596-8068
4  Telephone:  (925) 937-9990
   Facsimile:  (925) 937-3272
5
   Attorneys for Defendant
6  NATIONAL UNION FIRE INSURANCE
   COMPANY OF PITTSBURGH, PA
7

8

9             UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12 NIBBI BROTHERS, INC.,              )   No. 09-cv-2231-EMC
                                      )
13        Plaintiff,                  )
                                      )   STIPULATION FOR DISMISSAL WITH
14 vs.                                )   PREJUDICE OF ENTIRE ACTION
                                      )
15 NATIONAL UNION FIRE INSURANCE      )   ORDER
   COMPANY OF PITTSBURGH, PA,         )
16                                    )
          Defendant.                  )
17 _____)

18

19

20

21

22

23

24

25

26

27

28

IT IS HEREBY STIPULATED and agreed by and between the parties, through their below-signed counsel of record, that the entire action be dismissed with prejudice, with each party to bear its own costs.

Dated: April 9, 2010

MORISON HOLDEN DEREWETZKY & PROUGH, LLP

By: /s/ Thomas Holden
Thomas Holden

Attorneys for Defendant
NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA

Dated: April ___, 2010

BELL, ROSENBERG & HUGHES LLP

By: /s/ Raymond E. Kong
Raymond E. Kong

Attorneys for Plaintiff
NIBBI BROTHERS, INC.

**ORDER**

IT IS SO ORDERED.

Dated: 4/14/10

_____
IT IS SO ORDERED
Judge Edward M. Chen

144574